IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL NO. 1:04CV68

| | |
|---|---|
| DARCI ANN O'NEILL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **O R D E R** |
| ) | |
| HENDERSON COUNTY HOSPITAL ) | |
| CORPORATION d/b/a MARGARET R. ) | |
| PARDEE MEMORIAL HOSPITAL, ) | |
| and GAYLE SAMS, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court upon the Defendants' motion for admission *pro hac vice* of S. Clay Keim, to appear as counsel in this matter, filed June 23, 2005.

Upon careful review and consideration,

**IT IS, THEREFORE, ORDERED** that Defendants' motion is **ALLOWED**, and S. Clay Keim is hereby granted special admission to the bar of this Court, payment of the admission fee having been received by the Clerk of this Court.

**Signed: June 27, 2005**

Lacy H. Thornburg
United States District Judge